dice to a new application to Special Term by the appellant, on papers which disclose facts which *prima facie* support his defense. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Application of the North River Steamboat Company, Respondent, for a License to Keep and Maintain a Ferry. North River Ferry Company, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of The North River Steamboat Company, Respondent, for a License to Keep and Maintain a Ferry. North River Ferry Company, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of the North River Steamboat Company, Respondent, to Extend Its Corporate Existence. North River Ferry Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Charles E. Metzger, on Behalf of Himself and Other Stockholders of the Knox Hat Manufacturing Company, etc., Respondent, v. Edward M. Knox and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days on payment of costs of said action and of this appeal. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

North Shore Building-Loan and Savings Association, Respondent, v. John J. Reid, Appellant, and Mary Reid, Defendant. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Arthur A. Nugent, Appellant, v. The Brooklyn Heights Railroad Company, Respondent. — Judgment unanimously affirmed, with costs, on the authority of *Nugent* v. *Brooklyn Heights Railroad Company* (*ante*, p. 667) decided herewith. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Genaro Battleloro, Appellant. — Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. John Schmidt, Appellant. — Judgment of conviction of the County Court of Kings County affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York ex rel. North River Ferry Company, Relator, v. County Court of Rockland County and Another, Impleaded with North River Steamboat Company, Respondent. — Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Minnie Regenstein, Respondent, v. Annie Louise Howard, Appellant, Impleaded with Others, Defendants. — Judgment affirmed, with costs.